**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

**RICHARD BOTELHO, JR.,**

       **Plaintiff,**

v.                                 **CASE NO. 2:05-cv-332-FtM-99DNF**

**MIKE JOHANNS, Secretary, U.S.
Department of Agriculture, Animal
and Plant Health inspection Service,**

       **Defendant.**
_____/

**GOVERNMENT'S MOTION REQUESTING LEAVE TO FILE A
MOTION FOR SUMMARY JUDGMENT EXCEEDING TWENTY-FIVE PAGES**

      COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, respectfully files Motion Requesting Leave to File a Motion for Summary Judgment Exceeding Twenty-Five Pages and states as follows:

      1.     The Plaintiff filed a Complaint on July 12, 2005. Doc. No. 1. He amended his Complaint on July 5, 2006. Doc No. 11. These Complaints were based on three or four separate EEOC Complaints filed with the agency and heard before an administrative law judge. The United States answered the Amended Complaint on September 11, 2006. Doc. No. 13.

      2.     Because the Plaintiff is proceeding pro se, his Complaint is not as concise as a lawyer would draft. Because of that, the issues presented in the Amended Complaint are lengthy, a little muddled and must be piecemealed together.

3. Because of the number of issues Plaintiff presented in his Amended Complaint, it has taken the undersigned twenty pages to summarize the facts of the case. Additionally, because of the numerous issues presented in the Amended Complaint, the case law and analysis will take an additional seventeen pages, not including the certificate page.

4. The United States respectfully requests this Court to allow the United States to exceed the twenty-five page limit by eighteen pages to include the certificate page.

5. The undersigned has left three voicemail messages with Mr. Botelho (September 5, 6 and 7), who is acting pro se, regarding this Motion. As of the filing of this Motion, the undersigned has not received a response from Mr. Botelho.

## MEMORANDUM OF LAW

M.D.Fla. Local Rule 3.01(a) states that any motion shall not exceed twenty-five (25) pages. M.D.Fla. R. 3.01(a). Local Rule 3.01(d) allows a party to file a motion requesting to exceed that twenty-five (25) page limit. M.D.Fla. R. 3.01(d).

Respectfully submitted,

**JAMES R. KLINDT**
Acting United States Attorney

By:   s/John F. Rudy, III
**JOHN F. RUDY, III**
Assistant United States Attorney
Florida Bar # 0136700
400 North Tampa, Suite 3200
Tampa, Florida  33602
Telephone:   (813) 274-6319
Facsimile:   (813) 274-6200
E-Mail:   john.rudy@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:

Richard Bothello, Jr.
P.O. Box 151549
Cape Coral, Florida 33915

*s/ John F. Rudy, III*
JOHN F. RUDY, III
Assistant United States Attorne